# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO



UNITED STATES OF AMERICA,

V.

CR16 0116

NEMR HALLAK, TOLGA SUATAC,
MICHELINA PERNA,
a/k/a Michelle Perna,
a/k/a Michelle Perry,
a/k/a Sonia Perry, and
ROBERTO MANCINI,



EMC

DEFENDANT(S).

## INDICTMENT

Title 18 U.S.C. § 1956(h) - Conspiracy to Commit Money Laundering;
Title 18 U.S.C. § 1349 - Conspiracy to Commit Mail Fraud and Wire Fraud;
Title 18 U.S.C. § 1341 - Mail Fraud;
Title 18 U.S.C. § 1343 - Wire Fraud; Criminal Forfeiture;
Title 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(1) and 28 U.S.C § 2461(c)

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

A true bill.

_____ Foreman

Filed in open court this __17th__ day of

__March 2016__.

_____ KAREN L. HOM
Clerk

Bail, $ __no bail arrest warrant for all defendants__

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
                                   ☐ SUPERSEDING

**OFFENSE CHARGED**

Count 1: 18 U.S.C. § 1956(h) – Conspiracy to Commit Money Laundering;
Count 2: 18 U.S.C. § 1349 – Conspiracy to Commit Mail Fraud and Wire Fraud;
Counts 3-6: 18 U.S.C. § 1341 – Mail Fraud; and
Count 7: 18 U.S.C. § 1343 – Wire Fraud

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Please see attached.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
MAR 17 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**

▶ NEMR HALLAK

DISTRICT COURT NUMBER
CR16   0116

EMC

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
USPIS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    BRIAN J. STRETCH
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Robert S. Leach

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction           } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes   } If "Yes" give date filed
been filed?   ☐ No

DATE OF ARREST ▶      Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: None
If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT

<u>Count One</u>:

 18 U.S.C. § 1956(h) – Conspiracy to Commit Money Laundering

 Maximum Penalties: 20 years imprisonment
         $500,000 fine or twice the value of the monetary instrument or
          funds involved in the transportation, transmission, or transfer
         3 years supervised release (18 U.S.C. §§ 3583(b) & 3559(a))
         $100 special assessment (18 U.S.C. § 3013)

<u>Count Two</u>:

 18 U.S.C. § 1349 – Conspiracy to Commit Mail Fraud and Wire Fraud

 Maximum Penalties: 20 years imprisonment
         $250,000 fine or not more than the greater of twice the gross gain
          or twice the gross loss (18 U.S.C. § 3571)
         3 years supervised release (18 U.S.C. §§ 3583(b) & 3559(a))
         $100 special assessment (18 U.S.C. § 3013)

<u>Counts Three Through Six</u>:

 18 U.S.C. § 1341 – Mail Fraud

 Maximum Penalties: 20 years imprisonment
         $250,000 fine or not more than the greater of twice the gross gain
          or twice the gross loss (18 U.S.C. § 3571)
         3 years supervised release (18 U.S.C. §§ 3583(b) & 3559(a))
         $100 special assessment (18 U.S.C. § 3013)

<u>Count Seven</u>:

 18 U.S.C. § 1343 – Wire Fraud

 Maximum Penalties: 20 years imprisonment
         $250,000 fine or not more than the greater of twice the gross gain
          or twice the gross loss (18 U.S.C. § 3571)
         3 years supervised release (18 U.S.C. §§ 3583(b) & 3559(a))
         $100 special assessment (18 U.S.C. § 3013)

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

**OFFENSE CHARGED**

Count 1: 18 U.S.C. § 1956(h) – Conspiracy to Commit Money Laundering;
Count 2: 18 U.S.C. § 1349 – Conspiracy to Commit Mail Fraud and Wire Fraud;
Counts 3-6: 18 U.S.C. § 1341 – Mail Fraud; and
Count 7: 18 U.S.C. § 1343 – Wire Fraud

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** Please see attached.

SEALED BY COURT ORDER

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
MAR 17 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**
▶ TOLGA SUATAC

**DISTRICT COURT NUMBER**
CR 16 - 0116 EMC

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
**USPIS**

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   **BRIAN J. STRETCH**
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   **Robert S. Leach**

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: None

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:   Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT

Count One:

    18 U.S.C. § 1956(h) – Conspiracy to Commit Money Laundering

    Maximum Penalties:  20 years imprisonment
                               $500,000 fine or twice the value of the monetary instrument or funds involved in the transportation, transmission, or transfer
                               3 years supervised release (18 U.S.C. §§ 3583(b) & 3559(a))
                               $100 special assessment (18 U.S.C. § 3013)

Count Two:

    18 U.S.C. § 1349 – Conspiracy to Commit Mail Fraud and Wire Fraud

    Maximum Penalties:  20 years imprisonment
                               $250,000 fine or not more than the greater of twice the gross gain or twice the gross loss (18 U.S.C. § 3571)
                               3 years supervised release (18 U.S.C. §§ 3583(b) & 3559(a))
                               $100 special assessment (18 U.S.C. § 3013)

Counts Three Through Six:

    18 U.S.C. § 1341 – Mail Fraud

    Maximum Penalties:  20 years imprisonment
                               $250,000 fine or not more than the greater of twice the gross gain or twice the gross loss (18 U.S.C. § 3571)
                               3 years supervised release (18 U.S.C. §§ 3583(b) & 3559(a))
                               $100 special assessment (18 U.S.C. § 3013)

Count Seven:

    18 U.S.C. § 1343 – Wire Fraud

    Maximum Penalties:  20 years imprisonment
                               $250,000 fine or not more than the greater of twice the gross gain or twice the gross loss (18 U.S.C. § 3571)
                               3 years supervised release (18 U.S.C. §§ 3583(b) & 3559(a))
                               $100 special assessment (18 U.S.C. § 3013)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

---- OFFENSE CHARGED ----

Count 1: 18 U.S.C. § 1956(h) – Conspiracy to Commit Money Laundering;
Count 2: 18 U.S.C. § 1349 – Conspiracy to Commit Mail Fraud and Wire Fraud;
Counts 3-6: 18 U.S.C. § 1341 – Mail Fraud; and
Count 7: 18 U.S.C. § 1343 – Wire Fraud

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Please see attached.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
MAR 17 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---- DEFENDANT - U.S ----
MICHELINA PERNA, a/k/a Michelina Perry,
a/k/a Michelle Perry, a/k/a Sonia Perry

DISTRICT COURT NUMBER
CR16   0116      EMC

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
USPIS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  BRIAN J. STRETCH
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Robert S. Leach

---- DEFENDANT ----

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶_____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction      } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   } If "Yes" give date filed
been filed?   ☐ No

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT     Bail Amount: None

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                           Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT

Count One:

    18 U.S.C. § 1956(h) – Conspiracy to Commit Money Laundering

    Maximum Penalties:  20 years imprisonment
                                   $500,000 fine or twice the value of the monetary instrument or funds involved in the transportation, transmission, or transfer
                                   3 years supervised release (18 U.S.C. §§ 3583(b) & 3559(a))
                                   $100 special assessment (18 U.S.C. § 3013)

Count Two:

    18 U.S.C. § 1349 – Conspiracy to Commit Mail Fraud and Wire Fraud

    Maximum Penalties:  20 years imprisonment
                                     $250,000 fine or not more than the greater of twice the gross gain or twice the gross loss (18 U.S.C. § 3571)
                                   3 years supervised release (18 U.S.C. §§ 3583(b) & 3559(a))
                                   $100 special assessment (18 U.S.C. § 3013)

Counts Three Through Six:

    18 U.S.C. § 1341 – Mail Fraud

    Maximum Penalties:  20 years imprisonment
                                     $250,000 fine or not more than the greater of twice the gross gain or twice the gross loss (18 U.S.C. § 3571)
                                   3 years supervised release (18 U.S.C. §§ 3583(b) & 3559(a))
                                   $100 special assessment (18 U.S.C. § 3013)

Count Seven:

    18 U.S.C. § 1343 – Wire Fraud

    Maximum Penalties:  20 years imprisonment
                                     $250,000 fine or not more than the greater of twice the gross gain or twice the gross loss (18 U.S.C. § 3571)
                                   3 years supervised release (18 U.S.C. §§ 3583(b) & 3559(a))
                                   $100 special assessment (18 U.S.C. § 3013)

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

Count 1: 18 U.S.C. § 1956(h) – Conspiracy to Commit Money Laundering;
Count 2: 18 U.S.C. § 1349 – Conspiracy to Commit Mail Fraud and Wire Fraud;
Counts 3-6: 18 U.S.C. § 1341 – Mail Fraud; and
Count 7: 18 U.S.C. § 1343 – Wire Fraud

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Please see attached.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
MAR 17 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

─── DEFENDANT - U.S ───
▶ ROBERTO MANCINI

DISTRICT COURT NUMBER
CR16  0116  EMC

─── PROCEEDING ───

Name of Complainant Agency, or Person (& Title, if any)
USPIS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   BRIAN J. STRETCH
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Robert S. Leach

─── DEFENDANT ───

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction    } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: None

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

PENALTY SHEET ATTACHMENT

Count One:

    18 U.S.C. § 1956(h) – Conspiracy to Commit Money Laundering

    Maximum Penalties:  20 years imprisonment
                                   $500,000 fine or twice the value of the monetary instrument or funds involved in the transportation, transmission, or transfer
                                   3 years supervised release (18 U.S.C. §§ 3583(b) & 3559(a))
                                   $100 special assessment (18 U.S.C. § 3013)

Count Two:

    18 U.S.C. § 1349 – Conspiracy to Commit Mail Fraud and Wire Fraud

    Maximum Penalties:  20 years imprisonment
                                   $250,000 fine or not more than the greater of twice the gross gain or twice the gross loss (18 U.S.C. § 3571)
                                   3 years supervised release (18 U.S.C. §§ 3583(b) & 3559(a))
                                   $100 special assessment (18 U.S.C. § 3013)

Counts Three Through Six:

    18 U.S.C. § 1341 – Mail Fraud

    Maximum Penalties:  20 years imprisonment
                                   $250,000 fine or not more than the greater of twice the gross gain or twice the gross loss (18 U.S.C. § 3571)
                                   3 years supervised release (18 U.S.C. §§ 3583(b) & 3559(a))
                                   $100 special assessment (18 U.S.C. § 3013)

Count Seven:

    18 U.S.C. § 1343 – Wire Fraud

    Maximum Penalties:  20 years imprisonment
                                   $250,000 fine or not more than the greater of twice the gross gain or twice the gross loss (18 U.S.C. § 3571)
                                   3 years supervised release (18 U.S.C. §§ 3583(b) & 3559(a))
                                   $100 special assessment (18 U.S.C. § 3013)

BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

FILED
2016 MAR 17 P 2:26
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> NEMR HALLAK, </br> TOLGA SUATAC, </br> MICHELINA PERNA, </br>   a/k/a Michelle Perna, </br>   a/k/a Michelle Perry, </br>   a/k/a Sonia Perry, and </br> ROBERTO MANCINI, </br></br> Defendants. | No. CR16 0116 EMC </br></br> VIOLATIONS: 18 U.S.C. § 1956(h) – Conspiracy to Commit Money Laundering; 18 U.S.C. § 1349 – Conspiracy to Commit Mail Fraud and Wire Fraud; 18 U.S.C. § 1341 – Mail Fraud; 18 U.S.C. § 1343 – Wire Fraud; Criminal Forfeiture – 18 U.S.C. §§ 981(a)(1)(C) & 982(a)(1) & 28 U.S.C. § 2461(c) </br></br> SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

Introductory Allegations

At all relevant times unless otherwise specified:

1. NEMR HALLAK resided in Quebec, Canada. HALLAK controlled and used the e-mail accounts checktocash75@gmail.com, michaelhemmel@gmail.com, nemrhallak@gmail.com, and B3atleyeha@gmail.com.

2. TOLGA SUATAC resided in Quebec, Canada. SUATAC was an officer of 9226-6162 Quebec Inc., a Canadian company that used the name "Green Gate Management Inc." SUATAC

INDICTMENT

1 controlled and used the e-mail accounts tolga_montreal@yahoo.com and tolga@greengatekk.com.

2     3.    MICHELINA PERNA, a/k/a Michelle Perna, a/k/a Michelle Perry, a/k/a Sonia Perry, resided in Quebec, Canada. PERNA and SUATAC were husband and wife. PERNA controlled and used the e-mail accounts michelle_perna@ymail.com, Sonia_perry@ymail.com, and michelle@greengatekk.com.

    4.    ROBERTO MANCINI resided in Quebec, Canada. On or about February 4, 2013, MANCINI became the sole officer of Green Gate America, Inc., which was formed on September 15, 2010, in Delaware. MANCINI controlled and used the e-mail accounts mancini.robert@sympatico.ca, robert@greengatekk.com, and brian.james5577@yahoo.com.

    5.    From at least May 2009 through June 2014, N.M. and A.V. operated a fraudulent telemarketing scheme from Quebec, Canada. N.M. and A.V. deceived thousands of U.S. small businesses, churches, cities, and others into paying money for a phony "business listing optimization" service. N.M. and A.V. formed shell companies in Nevada, including Internet Company Services Inc., Nation Wide Business Network Inc., Search Engine Technologies Inc., and On Line Business Systems, LLC, to conduct the scheme. Victims throughout the United States were cold-called from Canada, falsely told they had agreed to purchase "business listing optimization" services, and sent bogus invoices via the U.S. mail demanding payment. Victims were directed to mail checks to addresses in the United States – addresses which were, in fact, UPS mailboxes or virtual offices – including a UPS store at 426 Howard Street in San Francisco. Thousands of victims paid based on the false and misleading calls and invoices.

<u>COUNT ONE</u>:    (18 U.S.C. § 1956(h) – Conspiracy to Commit Money Laundering)

    6.    From at least in or about March 2011 through in or about May 2013, in the Northern District of California and elsewhere, the defendants,

        NEMR HALLAK,
        TOLGA SUATAC,
        MICHELINA PERNA, and
        ROBERTO MANCINI,

and others, did knowingly conspire to violate Title 18, United States Code, Section 1956(a)(2)(A) and (B).

INDICTMENT        2

7. It was a part and an object of the conspiracy that HALLAK, SUATAC, PERNA, MANCINI, and others would and did transport, transmit, and transfer, and attempt to transport, transmit, and transfer, monetary instruments and funds from a place in the United States to and through a place outside the United States and to a place in the United States from and through a place outside the United States with the intent to promote the carrying on of specified unlawful activity, namely, the fraudulent telemarketing scheme of N.M. and A.V. described in sum and substance in paragraph 5, which constituted mail fraud, in violation of Title 18, United States Code, Section 1341, and wire fraud, in violation of Title 18, United States Code, Section 1343, and knowing that the monetary instruments and funds involved in the transportation, transmission, and transfer represented the proceeds of some form of unlawful activity and knowing that such transportation, transmission, and transfer was designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, namely, mail fraud, in violation of Title 18, United States Code, Section 1341, and wire fraud, in violation of Title 18, United States Code, Section 1343.

## Means and Methods of the Money Laundering Conspiracy

8. It was a part of the conspiracy that HALLAK, SUATAC, PERNA, and MANCINI caused shell companies to be formed in Delaware and Florida by a network of nominees, who were paid in cash to be listed as officers and directors of the shell companies. The names of the shell companies generally matched the names of entities N.M. and A.V. had already formed in Nevada.

9. As further part of the conspiracy, HALLAK, SUATAC, PERNA, and MANCINI caused the nominees to open bank accounts in the names of the shell companies at financial institutions in Florida that HALLAK, SUATAC, PERNA, and MANCINI controlled.

10. As further part of the conspiracy, victim checks issued to entities formed by N.M. and A.V. were forwarded from UPS stores or virtual offices in the United States – including the UPS store at 426 Howard Street in San Francisco – to an address in Montreal, Canada.

11. As further part of the conspiracy, victim checks – initially forwarded to Canada – were delivered back to the United States and deposited in the bank accounts opened by the nominees.

12. As further part of the conspiracy, N.M. and A.V. wired money from accounts they controlled to bank accounts opened by the nominees.

INDICTMENT                                         3

13. As further part of the conspiracy, HALLAK, SUATAC, PERNA, and MANCINI caused funds from the bank accounts opened by the nominees to be transferred to accounts located at Canadian financial institutions.

14. As further part of the conspiracy, HALLAK, SUATAC, PERNA, and MANCINI caused cash to be returned to N.M. and A.V.

All in violation of Title 18, United States Code, Section 1956(h).

COUNT TWO: (18 U.S.C. § 1349 – Conspiracy to Commit Mail Fraud and Wire Fraud)

15. Paragraphs 1 through 4 are re-alleged and incorporated by reference.

16. From at least in or about January 2010 through in or about August 2014, in the Northern District of California and elsewhere, the defendants,

NEMR HALLAK,
TOLGA SUATAC,
MICHELINA PERNA, and
ROBERTO MANCINI,

and others, did knowingly conspire to knowingly, and with intent to defraud, devise and intend to devise a material scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and by concealment of material facts, and, for the purpose of executing such scheme and artifice and attempting to do so, cause mail and other matter to be sent and delivered by the United States Postal Service and private and commercial interstate carriers and transmit and cause to be transmitted wire communications in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1341 and 1343.

Means and Methods of the Mail Fraud and Wire Fraud Scheme

17. It was a part of the scheme that HALLAK, SUATAC, PERNA, MANCINI, and others operated a "business directory" telemarketing scam (separate from the scam operated by N.M. and A.V.). Using a variety of means, including false and misleading cold calls and bogus invoices, the defendants deceived churches, doctors' offices, non-profits, mom-and-pop stores, and small businesses into paying for business directory services they neither ordered nor received.

18. As further part of the scheme, HALLAK, SUATAC, PERNA, and MANCINI caused shell companies to be formed in Florida and Delaware in the names of nominees, who were paid in cash

INDICTMENT 4

to be listed as officers and directors of the shell companies. Many of the shell companies used the term "Yellow Pages" to suggest their operations were legitimate. The shell companies included Super Business Yellow Pages Inc., Commercial Yellow Pages Inc., Direct Yellow Pages Inc., Local Business Info Connection Inc., Effective Engine Search Inc., Your Yellow Pages Inc, Horizon Search Solutions, Inc., Yellow Book Pages, Inc., City Pages Inc, Rapid Pages Inc, Assurance-Com, Inc., Pro Market Target Inc., Regional Search Service Corp, Business Yellow-Pages.Info Inc., National Search Guide Inc, Optimum Web Exposure Inc, and Optimum Search Solutions Inc.

19. As further part of the scheme, HALLAK, SUATAC, PERNA, and MANCINI caused the nominees and others to open bank accounts in the names of the shell companies.

20. As further part of the scheme, HALLAK, SUATAC, PERNA, and MANCINI caused others to cold-call victims and make false statements, including that they had a pre-existing business relationship with a "Yellow Pages" or other entity formed by the defendants; that they had previously purchased business directory services from the defendants; that they owed the defendants for those services; that they owed the defendants anywhere between $400 and $1800 for a previously purchased business directory listing; and that the fees were for the second year of a two-year contract.

21. As further part of the scheme, HALLAK, SUATAC, PERNA, and MANCINI caused others to send bogus invoices, falsely stating or suggesting that victims owed for service they did not order or receive. When such initial misrepresentations were not sufficient to induce payment, victims were harassed and threatened with legal action and sent additional bogus invoices with additional charges.

22. As further part of the scheme, HALLAK, SUATAC, PERNA, and MANCINI caused the nominees or others to open mailboxes or virtual offices to receive payment and to forward the mail to Canada. Proceeds from the scheme were deposited in U.S. financial institutions and wired to Canada.

23. As a result of the scheme, HALLAK, SUATAC, PERNA, MANCINI, and others collected at least approximately $10.8 million.

All in violation of Title 18, United States Code, Section 1349.

<u>COUNTS THREE THROUGH SIX:</u>        (18 U.S.C. § 1341 – Mail Fraud)

24. Paragraphs 1 through 4 and 15 through 23 are re-alleged and incorporated by reference.

INDICTMENT                                     5

25. On or about the dates set forth below, in the Northern District of California and elsewhere, the defendants,

>NEMR HALLAK,
>TOLGA SUATAC,
>MICHELINA PERNA, and
>ROBERTO MANCINI,

did knowingly, and with intent to defraud, devise and intend to devise a material scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and by concealment of material facts, and, for the purpose of executing such scheme and artifice and attempting to do so, did knowingly place in a post office and authorized depository for mail matter a matter and thing to be sent and delivered by the United States Postal Service, and deposit and cause to be deposited a matter and thing to be sent and delivered by private and commercial interstate carrier, and take and receive therefrom a matter and thing, and knowingly cause to be delivered by mail and such carrier according to the direction, namely:

| COUNT | DATE | DESCRIPTION |
|---|---|---|
| THREE | 5/5/2011 | Mailing from Victim C.A. in Oakland, CA, including $100 check to Direct Yellow Pages |
| FOUR | 7/26/2011 | Mailing from Victim J.V.'s business in Hayward, CA, including $732.19 check to Direct Yellow Pages |
| FIVE | 2/25/2013 | Mailing to Victim J.L.'s business in Seaside, CA, including receipt for $399.55 payment to Your Yellow Pages |
| SIX | 6/30/2013 | Mailing to Victim J.L.'s business in Seaside, CA, including receipt for $349.96 payment to Rapid Yellow Pages |

Each in violation of Title 18, United States Code, Section 1341.

COUNT SEVEN:            (18 U.S.C. § 1343 – Wire Fraud)

26. Paragraphs 1 through 4 and 15 through 25 are re-alleged and incorporated by reference.

27. On or about the date set forth below, in the Northern District of California and elsewhere, the defendants,

>NEMR HALLAK,
>TOLGA SUATAC,
>MICHELINA PERNA, and
>ROBERTO MANCINI,

did knowingly, and with intent to defraud, devise and intend to devise a material scheme and artifice to

INDICTMENT                                6

1 | defraud and to obtain money and property by means of materially false and fraudulent pretenses,
2 | representations, and promises, and by concealment of material facts, and, for the purpose of executing
3 | such scheme and artifice and attempting to do so, did transmit, and cause to be transmitted, by means of
4 | wire communication in interstate and foreign commerce, certain writings, signs, signals, pictures, and
5 | sounds, namely:

| COUNT | DATE | DESCRIPTION |
|---|---|---|
| SEVEN | 10/28/2013 | Faxed invoice for $1,532.31 from City Yellow Pages, 20 Commerce Drive, Suite 135, Cranford NJ 07016, Fax (855) 279-2883, to Victim J.R. in Monterey, California |

All in violation of Title 18, United States Code, Section 1343.

<u>FORFEITURE ALLEGATION</u>: (18 U.S.C. §§ 981(a)(1)(C) & 982(a)(1) & 28 U.S.C. § 2461 – Forfeiture of Fraud Proceeds; Money Laundering Forfeiture)

28. The factual allegations in Paragraphs 1 through 27 are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(1), and Title 28, United States Code, Section 2461.

29. Upon conviction of the offense alleged in Count One, the defendants,

NEMR HALLAK,
TOLGA SUATAC,
MICHELINA PERNA, and
ROBERTO MANCINI,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real and personal, involved in the violation alleged in Count One.

30. Upon conviction of any of the offenses alleged in Counts Two through Seven, the defendants,

NEMR HALLAK,
TOLGA SUATAC,
MICHELINA PERNA, and
ROBERTO MANCINI,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461, any property, real and personal, which constitutes or is derived from proceeds traceable to said violations, including but not limited to a sum of not less than

INDICTMENT 7

$10.8 million, representing the amount of proceeds obtained as a result of the offenses alleged in Counts Two through Seven.

31. If, as a result of any act or omission of the defendant, any of said property

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to or deposited with a third person;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty;

any and all interest defendant has in any other property shall be forfeited to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(1), and Title 28, United States Code, Section 2461.

All in violation of Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(1), and Title 28, United States Code, Section 2461.

DATED: March 17, 2016                          A TRUE BILL

                                               _____
                                               FOREPERSON

BRIAN J. STRETCH
Acting United States Attorney

_____
PHILIP A. GUENTERT
Deputy Chief, Criminal Division

(Approved as to form: _____)
                      AUSA ROBERT S. LEACH

INDICTMENT                                     8

# United States District Court
# Northern District of California

## ~~SEALED BY COURT ORDER~~ CRIMINAL COVER SHEET

**Instructions:** Effective January 3, 2012, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

**Case Name:** USA v. NEMR HALLAK, TOLGA SUATAC, MICHELINA PERNA, a/k/a Michelle Perna, a/k/a Michelle Perry, a/k/a Sonia Perry and ROBERTO MANCINI

**Case Number:** CR16 0116 EMC

**Total Number of Defendants:**
1 ☐   2-7 ☑   8 or more ☐

**Is This Case Under Seal?**
Yes ☑   No ☐

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?**
Yes ☐   No ☑

**Venue (Per Crim. L.R. 18-1):**
SF ☑   OAK ☐   SJ ☐   EUR ☐   MON ☐

**Is any defendant charged with a death-penalty-eligible crime?**
Yes ☐   No ☑

**Assigned AUSA (Lead Attorney):**
ROBERT S. LEACH

**Is this a RICO Act gang case?**
Yes ☐   No ☑

**Date Submitted:**
03/17/16

**Comments:**

  Print  Clear Form

July 2013