BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7534
   Fax: (415) 436-7234
   Robert.Leach@usdoj.gov

Attorneys for United States of America

**FILED**

OCT 27 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NEMR HALLAK,<br>TOLGA SUATAC,<br>MICHELINA PERNA,<br>  a/k/a Michelle Perna,<br>  a/k/a Michelle Perry,<br>  a/k/a Sonia Perry, and<br>ROBERTO MANCINI,<br><br>    Defendants. | No. CR-16-116 EMC<br><br>UNITED STATES' APPLICATION TO UNSEAL AND [P~~ROPOSED~~] ORDER |

## APPLICATION

On March 17, 2016, the Court issued a Sealing Order directing the Clerk of the Court to file and maintain under seal the Indictment in this matter dated March 17, 2016 and other documents. On or April 21, 2016, the Court issued a Sealing Order directing the Clerk of the Court to file and maintain under seal the Superseding Indictment in this matter dated April 21, 2016, the Arrest Warrants, and other documents, until further order of the Court. The United States is advised that one of the defendants, Nemr Hallak, has been arrested in Greece. By this application, the United States seeks

USA's Application to Unseal and [PROPOSED] Order

authority from the Court to submit the Indictment, the Superseding Indictment, and the Arrest Warrant for Hallak on the Superseding Indictment in its extradition request to Greece. The United States also seeks authority from the Court to provide to counsel for Hallak a redacted version of the Superseding Indictment so that counsel may advise Hallak in connection with this matter. The United States requests that the Court's Sealing Orders otherwise remain in effect and that this application be filed under seal to prevent the flight of other defendants in advance of the execution of the Arrest Warrants.

Dated: October 26, 2016

Respectfully Submitted,

BRIAN J. STRETCH
United States Attorney

_____
ROBERT S. LEACH
Assistant United States Attorney

## [PROPOSED] ORDER

Based upon the application of the government and for good cause shown, IT IS HEREBY ORDERED that the United States may submit the Indictment, the Superseding Indictment, and the Arrest Warrant for Hallak on the Superseding Indictment in its extradition request to Greece. The United States also may provide to counsel for Hallak a redacted version of the Superseding Indictment so that counsel may advise Hallak in connection with this matter. The Court's prior Sealing Orders shall otherwise remain in effect. This Order and the United States' application shall be filed under seal.

IT IS SO ORDERED.

Dated: Oct 27, 2016

_____
THE HONORABLE ELIZABETH J. LAPORTE