BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7534
Fax: (415) 436-7234
Robert.Leach@usdoj.gov

Attorneys for United States of America

FILED

APR - 3 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-16-116 EMC |
| Plaintiff, | UNITED STATES' EX PARTE APPLICATION FOR AN ORDER AUTHORIZING DISCLOSURE OF GRAND-JURY MATTERS AND [PROPOSED] ORDER |
| v. | |
| NEMR HALLAK, TOLGA SUATAC, MICHELINA PERNA, a/k/a Michelle Perna, a/k/a Michelle Perry, a/k/a Sonia Perry, and ROBERTO MANCINI, | |
| Defendants. | |

## EX PARTE APPLICATION

On April 21, 2016, the Grand Jury approved and filed a Superseding Indictment charging Nemr Hallak and others with various offenses. Defendant Hallak was arrested in Greece and an extradition proceeding is pending. The United States is advised that, as part of the extradition proceeding, it is necessary to submit the witness statements and other evidence underlying the arrest warrant.

U.S.' EX PARTE APPLIC. RE GRAND-JURY MATTERS
& [PROPOSED] ORDER, CASE NO. CR 16-116 EMC
certified copy to pursa -
c/o Dragette

Accordingly, the United States seeks authority to disclose in the Greek extradition proceeding the testimony before the Grand Jury that returned the Superseding Indictment.

Federal Rule of Criminal Procedure 6(e)(3)(E)(i) provides that the Court may authorize disclosure of a grand-jury matter "preliminary to or in connection with a judicial proceeding." In addition, Rule 6(e)(3)(E)(iii) authorizes the Court to order disclosure, at the request of the government, "when sought by a foreign court or prosecutor for use in an official criminal investigation." Each of these provisions authorizes the Court to order the disclosure of grand-jury testimony under these circumstances.

For these reasons, the United States respectfully requests the Court issue the Proposed Order. Because the Superseding Indictment names other defendants and is currently under seal, the United States also respectfully requests the Court order that this Ex Parte Application and the Proposed Order also be filed under seal.

Dated: March 30, 2017

Respectfully Submitted,

BRIAN J. STRETCH
United States Attorney

_/s/ Robert Leach_

ROBERT S. LEACH
Assistant United States Attorney

### [PROPOSED] ORDER

Based upon the ex parte application of the government and for good cause shown, IT IS HEREBY ORDERED that the United States may disclose the testimony before the Grand Jury that returned the Superseding Indictment in connection with the Greek extradition proceeding involving Defendant Hallak. The Court's prior Sealing Orders shall otherwise remain in effect. This Order and the United States' ex parte application shall be filed under seal.

IT IS SO ORDERED.

Dated: 3/1/17

THE HONORABLE EDWARD M. CHEN